# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MASON HALL,<br>    *Plaintiff* | §<br>§<br>§ |
| v. | § §  Case No. 1:23-CV-01569-DII |
| EQUIFAX INFORMATION<br>SERVICES LLC,<br>    *Defendant* | §<br>§<br>§<br>§ |

## ORDER

The parties filed their Proposed Joint Scheduling Order Scheduling Recommendations on April 9, 2024 (Dkt. 9-1). The Proposed Joint Scheduling Order does not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **April 29, 2024**.

**SIGNED** on April 17, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1